UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


RECEIVED & FILED
'00 AUG -3 AM 7:30
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

CENTURY ML-CABLE CORPORATION, ET AL.,

    Plaintiffs,

        v.                    Civ. No. 98-1193(PG)

CONJUGAL PARTNERSHIP COMPOSED BY EDWIN
EDWIN CARRILLO AND HIS WIFE,
LETTY MACIAS ORDONEZ, ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #53 - Motion Regarding Status Of Case. | *Granted as requested* |

Date: _____August   1___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge