UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 OCT 10 AM 7:5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CENTURY ML-CABLE CORPORATION, ET AL.,

    Plaintiffs,

    v.                    CIVIL NO. 98-1193(PG)

CONJUGAL PARTNERSHIP COMPOSED BY EDWIN
EDWIN CARRILLO AND HIS WIFE,
LETTY MACIAS ORDONEZ, ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #55 - Motion Requesting An Extension Of Time To File Default Judgment Motions And Motion For Summary Judgment Against Remaining Defendants. | GRANTED. |

Date: _October 6_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(2)

(59)