UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



CENTURY ML-CABLE CORPORATION, ET AL.,

   Plaintiffs,

      v.                        CIVIL NO. 98-1193(PG)

CONJUGAL PARTNERSHIP COMPOSED BY
EDWIN CARRILLO AND HIS WIFE,
LETTY MACIAS ORDONEZ, ET AL.,

   Defendants.

| MOTION | ORDER |
|---|---|
| Docket #61 - Motion Assuming Legal Representation. | **GRANTED.** |

Date: _December 13_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(3)
(62)