UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED

'01 APR 26 AM 10 26

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

| | | |
|---|---|---|
| CENTURY-ML CABLE CORPORATION AND | * | |
| CENTURY-ML CABLE VENTURE, | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civ. No. 98-1193 (PG) |
| | * | |
| EDWIN CARRILLO DIAZ, and the CONJUGAL | * | |
| PARTNERSHIP COMPOSED BY EDWIN | * | |
| CARRILLO and HIS WIFE, LETTY MACIAS | * | |
| ORDONEZ, ELLIOT LOPEZ PINA a/k/a RAFAEL | * | |
| LOPEZ, SERGIO STRUBBE DAVILA, SANDRA | * | |
| CARDONA, and PEDRO RIOS, | * | |
| | * | |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

Having granted summary judgment against Defendant Pedro Ríos and entered default judgment against Edwin Carillo Diaz (and the conjugal partnership composed by he and his wife, Letty Macias Ordonez), Elliot López Piña, Sergio Strubbe Dávila, and Sandra Cardona, it is hereby

**ORDERED and ADJUDGED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** and Default Judgment be entered against the above Defendants.

**IT IS FURTHER ORDERED and ADJUDGED** that Defendant Ríos is ordered to pay $180,000.00 in damages under §§ 553 & 605 and $100,000.00 in enhanced damages; Defendant López is ordered to pay $160,000.00 in damages; Defendant Strubbe is ordered to pay $300,000.00 in damages; Defendant Cardona is ordered to pay $120,000.00 in damages; Defendant Ríos is ordered to pay $280,000.00 in damages; and Edwin F. Carrillo Díaz is ordered to pay to the Plaintiff the amount of $75,428.13 to cover its costs and attorneys fees in accordance with 47 U.S.C. §605(e)(3)(B)(iii), the



AO 72A
(Rev.8/82)



98-1193 (PG)                                                                                                          2

amount of $7,500,000 in statutory damages in accordance with 47 U.S.C. §605(e)(3)(C)(i)(II), and

$100,000 in enhanced damages in accordance with 47 U.S.C. §605(e)(3)(C)(ii).  All Defendants are

permanently enjoined under § 605 (e)(3)(B)(i) & 553 (c)(2)(A) from engaging in the sale, modification

or transfer of "pirate" cable television decoding devices and equipment.

     San Juan, Puerto Rico, April **2***4*, 2001.

                                  JUAN M. PEREZ-GIMENEZ
                                  U.S. District Judge

AO 72A
(Rev.8/82)