UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 JAN 30 PM 1: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CENTURY ML-CABLE CORPORATION, ET AL.,

    Plaintiffs,

    v.                            CIVIL NO. 98-1193(PG)

CONJUGAL PARTNERSHIP COMPOSED BY EDWIN
EDWIN CARRILLO AND HIS WIFE,
LETTY MACIAS ORDONEZ, ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #64 - MOTION REQUESTING THE CANCELLATION OF A POSTED BOND. | **GRANTED.** |

Date: January 29, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge